# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4118

_____

Stephen C. Curtiss,

          Appellant,

v.

Charles Higgins; Craig Malmberg;
D. Ensminger; Frank Roffe,

          Appellees.

\*
\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Southern District of Iowa.
\*
\*     [UNPUBLISHED]
\*

_____

Submitted: April 30, 2007
Filed: May 4, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Steven Curtiss (Curtiss), an Iowa prisoner, appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his civil complaint. Having conducted de novo review of the dismissal, and having accepted the facts in the complaint as true and construing them in Curtiss's favor, see Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998), we find the district court's analysis to be

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

thorough and well-reasoned, and we reject Curtiss's arguments for reversal. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.[2]

———————————————

[2]We do not consider the proposed amended complaints Curtiss has filed on appeal.  <u>See</u> <u>Winthrop Res. Corp. v. Eaton Hydraulics, Inc.</u>, 361 F.3d 465, 473 (8th Cir. 2004) (noting the well-settled rule that documents presented for the first time on appeal are generally not considered part of the record for review by the appellate court); <u>cf.</u> <u>Dorn v. State Bank of Stella</u>, 767 F.2d 442, 443 (8th Cir. 1985) (per curiam) (stating the dismissal of an action ordinarily terminates the right to amend the complaint).